## In re BROMLEY.

(District Court, E. D. Pennsylvania. February 28, 1907.)

### No. 2,491.

BANKRUPTCY—OBJECTIONS TO DISCHARGE—AMENDMENT.

Specifications of objection to the discharge of a bankrupt which are in the language of the statute without more, and contain no statement of facts, are not amendable.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 6, Bankruptcy, § 716.]

In Bankruptcy. On petition to amend.

Morgan & Lewis and R. Stuart Smith, for petitioner.

E. Cooper Shapley, for bankrupt.

HOLLAND, District Judge. The petition of W. F. Bay. Stewart for leave to amend specifications of objection to the discharge of the bankrupt should be refused. The original specifications were in the language of the act, and nothing more. There is no statement of fact on which an amendment can be grafted, and leave to amend should not be granted where only the words of the statute are used. In re Pierce (D. C.) 103 Fed. 64; In re Mudd (D. C.) 105 Fed. 348; In re Peck (D. C.) 120 Fed. 972.

It is so ordered.